IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHELLEY M. CRABB                                                                                          PLAINTIFF

v.                                              CIVIL NO. 08-5097

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                      DEFENDANT

**O R D E R**

On this 30th day of October, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on October 2, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3,219.24.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE